# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2009

138381 & (84)(86)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re MARY E. GRIFFIN Revocable Grantor Trust.

_____

OTTO NACOVSKY,
   Petitioner-Appellee,

v

            SC: 138381
            COA: 277268
            Shiawassee Probate Court:
            05-032492-TV

PRISCILLA HALL, Trustee,
     Respondent-Appellant.

_____/

   On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the December 2, 2008 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals for the reasons stated in the Court of Appeals dissenting opinion and REMAND this case to the Shiawassee Probate Court for entry of an order granting the Trustee's Petition to Enforce Terror Clause and for further proceedings not inconsistent with this order. The motion to stay the trial court proceedings is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2009                   _____
                            Clerk

s0527